**DONALD L. LEVINE BAR#102099**
**LAW OFFICE OF DONALD L. LEVINE**
444 West "C" Street, Suite 210
San Diego, CA 92101
Telephone (619) 615-6200
email:lawmandll@gmail.com

Attorney for Defendant
ROBERTO ALVAREZ-FIGUEROA

FILED
APR 23 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. GONZALO P. CURIEL)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.14CR0429GT |
| Plaintiff, | **ORDER CONTINUING MOTION HEARING** |
| v. | |
| ROBERTO ALVAREZ-FIGUEROA | |
| Defendant. | |

GOOD CAUSE APPEARING:

IT IS HEREBY ORDERED that the SENTENCING hearing for defendant, shall be continued from June 9, 2014 at 9:30 a.m. to July 9, 2014 at 9:30 a.m. The defendant is in custody. The Court finds that this time is excludable.

**SO ORDERED**

Dated: 4/23/14

Gordon Thompson Jr.
United States District Court Judge

1

ORDER CONTINUING SENTENCING HEARING